IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY J. JAMES, | : |
| Plaintiff, | : No. 2:21-cv-01723-RJC |
| v. | : |
| ALBERICI CONSTRUCTORS, INC., | : |
| Defendant. | : |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CERTIFICATION OF THE SETTLEMENT CLASS, FINAL
APPROVAL OF THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 36-1, Plaintiff Timothy J. James ("James") and Defendant Alberici Constructors, Inc. ("Alberici") have agreed to settle this lawsuit on behalf of a 153-member class[1] of individuals who were employed by Alberici as hourly employees performing services at the Shell Cracker Plant in Monaca, PA during the period from October 26, 2018 to March 24, 2020 (the "Class" or "Class Members").

On November 21, 2023, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 35. The notice process is complete. *See generally* Declaration of Misty McKinnon ("McKinnon Dcl.") (Doc. 36-2). ***None*** of the Class Members have submitted objections to the settlement and only one (Patrick J. Devine) has asked to be excluded from the settlement. *Id.* at ¶¶ 9-10.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a

---

[1] As discussed in the attached Memorandum of Law, *see* Doc. 37, since one (1) Class Member (Patrick J. Devine) submitted a request for exclusion from the settlement, the Class is reduced to 152 members.

fairness hearing for April 10, 2024, *see* Docs. 35 at ¶ 11, and, in anticipation of the hearing, James respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 152 Class Members who have not excluded themselves from the settlement.

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $5,000.00 service award to James;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $150,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Misty McKinnon, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, James, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date:  March 21, 2024          Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Timothy Conboy
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228

*Proposed Class Counsel*